UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | : MASTER DOCKET : : 02 CV 5571 (RJH/HBP) |
| This Document Relates to: | : |
| FIDEURAM INVESTIMENTI S.G.R., FIDEURAM GESTIONS S.A., and INTERFUND SICAV, <br><br>　　　　　Plaintiff, <br><br>　-against- <br><br>VIVENDI, S.A., JEAN-MARIE MESSIER AND GUILLAUME HANNEZO, <br><br>　　　　　Defendants. | : 08 CV 01938 (RJH/HBP) : : : ELECTRONICALLY FILED : : : : : : : : : |

### DECLARATION OF PROOF OF SERVICE

Diane Zilka hereby declares under penalty of perjury that the following is true and correct:

1.　I am an attorney with the law firm of Grant & Eisenhofer P.A., Co-Counsel for Plaintiffs in this action. I submit this Declaration as proof of service of the Complaint on defendant Jean-Marie Messier.

2.　Annexed hereto as Exhibit 1 is a true and correct copy of a letter dated March 3, 2008 from Lisa Albert, Esquire of King & Spalding, counsel to Jean-Marie Messier, accepting service of the Complaint on behalf of Jean-Marie Messier.

Done at Wilmington, Delaware this 11th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　Diane Zilka (DZ-9452)

**EXHIBIT 1**



485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

Grant & Eisenhofer P.A.

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091 • Fax: 202-350-5908

www.gelaw.com

Direct Dial: (302) 622-7095
dzilka@gelaw.com

March 3, 2008

**BY OVERNIGHT MAIL**

Lisa L. Albert, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036

    Re:    Fideuram Investimenti S.G.R., et al v. Vivendi, S.A., et al., 08-cv-1938 (RJH)

Dear Lisa:

    With respect to the above-referenced action, enclosed are a summons to Jean-Marie Messier, the complaint, Judge Holwell's Individual Rules and the United States District Court for the Southern District of New York's Third Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing.

    Your signature below indicates your agreement that you acknowledge that Mr. Messier was served with a summons and complaint in the above-referenced action. On behalf of Mr. Messier, you represent that he will not assert defenses to, or seek dismissal of, the above-referenced action on the grounds of any defect in the summons or in the method or effectuation of service of process.

    Plaintiff in the above-referenced action understands and agrees that Mr. Messier retains all other defenses, affirmative defenses, and objections to the above-referenced actions including, without limitation, to the jurisdiction of the court over him or the subject matter of the above-referenced action or to the venue of the court.

Lisa L. Albert, Esquire
March 3, 2008
Page 2

    This agreement is expressly limited to the above-referenced action. Nothing in this agreement in any way relates to any other actions already filed or that will or may be filed against Mr. Messier.

                  Very truly yours,

                   Diane Zilka

ACCEPTED AND AGREED TO:
KING & SPALDING, LLP

By: _____
Lisa L. Albert, Esquire
1185 Avenue of the Americas
New York, New York 10036

*Counsel for defendant Jean-Marie Messier*